IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLAN OWENS,

    Petitioner,

v.

RANDALL HEPP,

    Respondent.

ORDER

Case No. 16-cv-16-bbc

---

    Petitioner Allan Owens seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than February 4, 2016. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately July 5, 2015 through the date of the petition, January 5, 2016.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Allan Owens may have until February 4, 2016, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before February 4, 2016, I will assume that petitioner wishes to withdraw this action voluntarily and will dismiss the petition without further notice.

Entered this 13th day of January, 2016.

BY THE COURT:

PETER OPPENEER
Magistrate Judge