IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLAN DEAN OWENS,

    Petitioner,

v.

RANDALL HEPP,
Warden, Fox Lake Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-16-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Allan Dean Owens' petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                        11/14/2018

Peter Oppeneer, Clerk of Court                 Date