# UNITED STATES DISTRIC COURT OF ILLINOIS

## 7th Circuit

Allan Owens,   Petitioner;

V   Case # 16 CV 16

Randall Hepp,   (Warden) Defendant;

---

## NOTICE OF APPEAL

## INTRODUCTION

Pursuant to Rule 4(a), Federal Rules of Appellate Procedure, Petitioner Allan Owens, by a Pro se' motion, hereby appeals from the Judgment of the Court denying the Petition for Writ of habeas Corpus & dismissing the action with prejudice. By said Judgment entered on 9-18-2019, By Hon Judge William Conley in the Wisconsin Western District Court.

Filed contemporaneously with this Notice of appeal, Petitioner respectfully submits an Application for Certificate of Appealability from the District Court. Dated 9-30-19,

_____ Date 9-30-19

Allan Owens 603697
FLCI Box 200 6-C
Fox Lake WI 53933