IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLAN DEAN OWENS,

    Petitioner,

v.

RANDALL HEPP, Warden,
Fox Lake Correctional Institution,

    Respondent.

ORDER

16-cv-16-wmc
App. No. 19-2915

Plaintiff Allan Dean Owens has filed a notice of appeal in this case. To date, however, plaintiff has not paid the appellate docketing fee. Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Allan Dean Owens may have until October 24, 2019 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 2nd day of October, 2019.

                BY THE COURT:

                /s/
                PETER OPPENEER
                Magistrate Judge